**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-7505**

───────────────

BILLY LEE LISENBY, JR.,

Plaintiff - Appellant,

versus

MARK MELTON; RICKEY QUICK; DONNIE HILL;
RICHARD ROLLINS; JOHN CRAWLEY,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  David C. Norton, District Judge.
(CA-96-3075-4-18BE)

───────────────

Submitted:  January 21, 1999      Decided:  February 9, 1999

───────────────

Before LUTTIG, MOTZ, and KING, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Billy Lee Lisenby, Jr., Appellant Pro Se.  L. Hunter Limbaugh,
Robert Thomas King, WILLCOX, MCLEOD, BUYCK & WILLIAMS, P.A.,
Florence, South Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Billy Lee Lisenby, Jr., a South Carolina inmate, appeals the district court's order granting summary judgment on all but one of his claims under 42 U.S.C.A. § 1983 (West Supp. 1998). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2